

Mark G. Tratos (Bar No. 1086)
R. Richard Costello, Of Counsel (Bar No. 1917)
F. Christopher Austin (Bar No. 6559)
Ronald D. Green, Jr. (Bar No. 7360)
QUIRK & TRATOS
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89109
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for Plaintiff Boyd Gaming Corporation

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA



BOYD GAMING CORPORATION, a
Nevada corporation,

    Plaintiff,

v.

PENTON MEDIA, INCORPORATED, an
entity of unknown origin; THE GOLDEN
GROUP I, INCORPORATED, an entity of
unknown origin, RICH HARRISON, an
individual,

    Defendants.

Case No. CV-S-04-0156-RLH-LRL

**VOLUNTARY DISMISSAL**

    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Boyd Gaming Corporation hereby voluntarily dismisses this action, each party to bear its own attorneys' fees and costs. Following the filing of this Notice, the Temporary Restraining Order shall have no effect.

    DATED: March 9, 2004.

               QUIRK & TRATOS

               Mark G. Tratos (Bar No. 1086)
               R. Richard Costello, Of Counsel (Bar No. 1917)
               F. Christopher Austin (Bar No. 6559)
               Ronald D. Green, Jr. (Bar No. 7360)
               3773 Howard Hughes Parkway
               Suite 500 North
               Las Vegas, Nevada 89109
               Counsel for: Plaintiff

*Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)*

1.

12